UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| WESCO INSURANCE COMPANY, | Case No.: 1:25-cv-2172-PAE |
| Plaintiff, | **NOTICE OF MOTION** |
| -against- | |
| CUMIS INSURANCE SOCIETY, LTD., | |
| Defendant. | |

-----------------------------------------------------------x

**PLEASE TAKE NOTICE** that plaintiff Wesco Insurance Company, by and through its undersigned attorneys, shall move before the Honorable Paul A. Engelmeyer, U.S.D.J., in the United States District Court of the Southern District of New York, 40 Foley Square, Room 1305, New York, New York, for an Order granting Wesco summary judgment against defendant CUMIS Insurance Society, Inc.:

a. declaring that CUMIS has a duty to defend UHAB Housing Development Fund in an action captioned *Timothy Miller v. UHAB Housing Development Fund Corporation, et al.*, in the Supreme Court of the State of New York, Kings County, Index No. 528913/2021 ("the Underlying Action"), as an additional insured under an insurance policy issued by CUMIS bearing policy number 004577 ("the CUMIS Policy");

b. declaring that CUMIS has a duty to indemnify UHAB in the Underlying Action as an additional insured under the CUMIS Policy;

c. declaring that UHAB's coverage under the CUMIS Policy is primary to its coverage under the policy Wesco issued to it with respect to the Underlying Action;

    d.    declaring that CUMIS must reimburse Wesco for all reasonable costs Wesco has incurred defending and, if necessary, indemnifying UHAB in the Underlying Action, plus interest;

    e.    setting this matter down for a hearing on the amount Wesco is entitled to recover on its claim against CUMIS for defense and indemnification costs; and for such other and further relief as may be just and proper.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Wesco shall rely on the accompanying Declaration of Max W. Gershweir, Esq. dated July 10, 2025, the exhibits attached thereto, the parties' Joint Statement of Undisputed Facts, Wesco's Rule 56.1 Statement, and the Memorandum of Law supporting the Motion.

Pursuant to the briefing schedule established by the Court, answering affidavits, if any, are to be filed by July 24, 2025.

Dated: New York, New York
          July 10, 2025

                                            Respectfully submitted,

                                            GUNNERCOOKE US LLP

By: _____
                                            Max W. Gershweir
                                         Attorneys for Plaintiff
                                         475 Park Avenue South – 23rd Floor
                                         New York, New York 10016
                                         646.440.8375

To:    All Parties via CM/ECF